S. Y.,

    Plaintiff,                              **Case No. 2:20-cv-00627-JES-MRM**

v.

MARRIOTT INTERNATIONAL, INC.,

CSM RI NAPLES, LLC, and CSM CORPORATION,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, S.Y., and Defendants MARRIOTT INTERNATIONAL, INC., CSM RI NAPLES, LLC, and CSM CORPORATION,, (together, the "Parties"), by and through counsel, and pursuant to Local Rule 3.09, hereby state as follows:

1.      The Parties have reached an agreement in principle to resolve this action in its entirety and are in the process of finalizing the related settlement documents. Local Rule 3.09(a) ("NOTICE. The parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.").

2.      Pursuant to Local Rule 3.09(b), "[w]hen notified of an agreement to settle a civil action, a judge may dismiss the case subject to the right of a party to move within a stated time to re-open the case for entry of a stipulated final order or a judgment or for further proceedings." To the extent that the Court dismisses this case pursuant to Local Rule 3.09(b), the Parties also give notice that they anticipate that Plaintiff will file a stipulated Order of Dismissal with Prejudice within 60 days.

Respectfully submitted this 8th[th] day of September, 2022

**DOUGLAS AND LONDON, P.C.**

_____

/s/ Randolph Janis, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038
Telephone: (212) 566-7500
Fax: (212) 566-7501
rjanis@douglasandlondon.com


Law Office of Sharon M Hanlon, PA
/s/ Sharon M. Hanlon
1415 Panther Lane
Suite 327
Naples, FL 34109
239-598-3222
Fax: 239-598-9002
Email: shanlon@zelmanandhanlon.com

/s/ Yale T. Freeman, PA
Yale T. Freeman, Esq.
7257 NW 4th Boulevard
Suite 82
Gainesville, FL 32607
239/530-2500
Email: ytfreeman@ytfreemanlaw.com

_Counsel for Plaintiff_

/s/ Amanda E. Reagan
Amanda E. Reagan
 Florida Bar No. 92520 DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, Florida 33607-6233
Phone: 813-229-2111 Fax: 813-229-1447
Email:amy.reagan@dlapiper.com

_Counsel for Defendant_ Marriott
International, Inc.

/s/ Ellen Dew
(admitted pro hac vice)
DLA PIPER LLP (US)
The Marbury Building 6225 Smith Avenue
Baltimore, Maryland 21209
Phone: 410-580-3000 Fax: 410-580-3001
Email ellen.dew@dlapiper.com
Attorneys for Defendant Marriott
International, Inc.

/s/Jerry Olivo
Attorney at Law
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Fort Myers, FL 33901
Direct Dial:  239.344.1168
Fax: 239.344.1555
jerry.olivo@henlaw.com Attorney for
defendant  CSM RI NAPLES, LLC, and
CSM CORPORATION